UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MELLEMS,

    Plaintiff,

v.

STATE OF CALIFORNIA SEC OF et al,

    Defendant.
_____/

Case Number: CV09-03427 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michelle Mellems
9600 Edelweiss Street
Rancho Cucamonga, CA 91730

Dated: January 14, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk