IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MELLEMS, | No. C 09-3427 SI |
| Plaintiff, | **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |
| v. | |
| SECRETARY OF STATE DEBRA BOWEN, *et al.*, | |
| Defendants. | |

In an order filed January 13, 2010, the Court ordered plaintiff to show cause in writing by January 22, 2010 why this case should not be dismissed for failure to prosecute. Plaintiff has not filed a response to the Order to Show Cause, nor has plaintiff taken any action in this case since it was filed on July 27, 2009.

Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge