IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MELLEMS, | No. C 09-3427 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SECRETARY OF STATE DEBRA BOWEN, *et al.*, | |
| Defendants. / | |

This case was dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 25, 2010

SUSAN ILLSTON
United States District Judge